AO 245B (8/96 Rev. locally 9/97) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | CASE NUMBER:  8:07-CR-45-T-EAJ |
| ELECTRA S. DAVIS | Defendant's Attorney:   AFPD Adam Allen |

THE DEFENDANT:

_X_ pleaded guilty to count(s)1 of the Information.
__ pleaded nolo contendere to count(s)     which was accepted by the court.
__ was found guilty on count(s)    after a plea of not guilty.

| TITLE & SECTION | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT NUMBER(S) |
|---|---|---|---|
| 18 U.S.C. § 13 | Child Neglect | June 13, 2007 | 1 of the Information |

   The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

__ The defendant has been found not guilty on count(s)
__ Count(s)   (is)(are) dismissed on the motion of the United States.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | | |
|---|---|---|
| Defendant's Soc. Sec. No.: | N/A | |
| Defendant's Date of Birth: | N/A | Date of Imposition of Sentence: June 13, 2007 |
| Defendant's USM No.: | N/A | |
| Defendant's Mailing Address: | 2004 Brandon Crossing<br>Brandon, Florida | |
| Defendant's Residence Address: | Same | |

*(signature)*
ELIZABETH A. JENKINS
United States Magistrate Judge
DATE:  June 28, 2007

AO 245B (8/96 Rev. locally 9/97) Sheet 5, Part A  - Criminal Monetary Penalties

| | | |
|---|---|---|
| Defendant: | Electra S. Davis | Judgment - Page  2  of  3 |
| Case No.: | 8:07-CR-45-T-EAJ | |

## CRIMINAL MONETARY PENALTIES

  The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

| | **Assessment** | **Fine** | **Total Restitution** |
|---|---|---|---|
| **Totals:** | $25 | $150 | $0 |

### FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ **waived**.

__ The court has determined that the defendant does not have the ability to pay interest.  It is ordered that:

  __ The interest requirement is waived.
  __ The interest requirement is modified as follows:

### RESTITUTION

__  The determination of restitution is deferred until ___.  An Amended Judgment in a Criminal Case will be entered after such a determination.  The U.S. Attorneys Office is directed to provide the necessary information to the court.

__  The defendant shall make restitution to the following victims in the amounts listed below:

__  Restitution is ordered jointly and severally with:

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

  If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column above.

  The amount of loss and the amount of restitution ordered will be the same unless, pursuant to 18 U.S.C. §3664(f)(3)(B), the court orders nominal payments and this is reflected on Sheet 6, Statement of Reasons.

| | | |
|---|---|---|
| Defendant: | Electra S. Davis | Judgment - Page _3_ of _3_ |
| Case No.: | 8:07-CR-45-T-EAJ | |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) non-federal restitution; (3) federal restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties.

Payment of the total criminal monetary penalties shall be due as follows:

I.    _X_ In full

       A.    _X_ due immediately

       B.    __ on or before _____

II.    __ In installments

       A.    __

Any payment ordered under Part II, must comply with 18 U.S.C. §3572, 18 U.S.C. §3664(n), and include a provision under 18 U.S.C. §3664(k) in which defendant must notify the court of any material changes in defendant's economic circumstances. Upon such notice, the court may adjust the installment payment schedule.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. §3664(f)(3)(A):

In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

__ The defendant shall forfeit the defendant's interest in the following property to the United States:

If this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the court.